**The AETNA CASUALTY AND SURETY COMPANY and Edwin M. Walker.**

**No. 52312.**

April 11, 1972.

On the facts found by the Court of Appeal, the result is correct.

259 So.2d 921

**Clifton DODGE et al.**

**v.**

**CENTRAL LOUISIANA ELECTRIC COMPANY et al.**

**No. 52322.**

April 11, 1972.

The judgment of the Court of Appeal is correct.

259 So.2d 921

**Burrell DULANEY**

**v.**

**Luke FRUGE et al.**

**No. 52326.**

April 11, 1972.

The result is correct.

DIXON, J., concurs in the denial, being of the opinion that the judgment is probably correct because the plaintiff, himself, appears to have been a supervisory employee charged with the same duties he claims were violated by defendants; nevertheless, it appears that the reasons for the judgment complained of, given by the majority, are incorrect.